# Court of Appeals
# of the State of Georgia

ATLANTA, August 26, 2025

*The Court of Appeals hereby passes the following order*

**A26I0015. BRYAN L. SELLS et al v. SIMON BLOOM .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

23CV4094



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, August 26, 2025.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*